FILED IN OPEN COURT
ON 8/27/19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00362-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | O R D E R |
| DALIDA GUILLERMINA SANTANA-JEREZ | |

The defendant, DALIDA GUILLERMINA SANTANA-JEREZ, having been convicted of committing fraud to obtain naturalization as a citizen of the United States, in violation of Title 18, United States Code, Section 1425(a), whereas Title 8, United States Code, Section 1451(e) mandates that in the event of such a conviction the related naturalization shall be revoked.

IT IS HEREBY ORDERED THAT judgment is entered revoking and setting aside the naturalization of defendant ordered by the Attorney General of the United States or the Secretary of the Department of Homeland Security, admitting defendant to United States citizenship, and canceling Certificate of Naturalization No. # A099214847.

IT IS FURTHER ORDERED THAT the defendant, from the date of the order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of defendant's naturalization on # A099214847.

1

IT IS FURTHER ORDERED THAT the defendant surrender and deliver her Certificate of Naturalization, and any copies thereof in her possession (and to make good faith efforts to recover and then surrender any copies thereof that she knows are in possession of others), to the Attorney General or Secretary of Homeland Security immediately; and return any other indicia of United States citizenship, and any copies thereof in her possession (and to make good faith efforts to recover and then surrender any copies thereof that she knows are in possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

IT IS SO ORDERED.

DATED this 27 day of August, 2019.

LOUISE WOOD FLANAGAN
United States District Judge