FILED IN OPEN COURT
ON 8/27/19 SM
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00362-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | STIPULATED JUDICIAL ORDER |
| v. ) | OF REMOVAL |
| ) | |
| DALIDA GUILLERMINA SANTANA-JEREZ ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of Dalida Guillermina Santana-Jerez ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the Dominican Republic and a citizen of the Dominican Republic.

3. The defendant was admitted to the United States as a non-immigrant visitor and entered the United States on October 28, 2004, at New York, New York. The defendant was authorized to remain in the United States for a period not to exceed April 27, 2005.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of North Carolina, of Count One of the Indictment, charging naturalization fraud, in violation of Title 18, United States Code, Section 1425(a).

1

5. The maximum term of imprisonment for a violation of Title 18, United States Code, Section 1425(a) is 10 years. Given that the defendant pleaded guilty pursuant to a plea agreement to Count One of the Indictment the maximum sentence faced by the defendant for having violated Count One of the Indictment is 10 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States, pursuant to 8 U.S.C. § 1227(a)(1)(A), as an alien who is present in the United States in violation of this chapter or any other law of the United States, or who was inadmissible at the time of entry or adjustment of status, and pursuant to 8 U.S.C. § 1182(a)(6)(C)(i) as an alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has procured) a visa, other documentation, or admission into the United States.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered promptly removed from the United States to the Dominican Republic.

IT IS SO ORDERED this 27th day of August, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge